UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
VICENTE ALMARAZ,              )
                             )
            Plaintiff(s),     )      No. C09-5569 BZ
                             )
      v.                      )      ORDER GRANTING MOTION
                             )      TO DISMISS
J.P. MORGAN CHASE, et al.,    )
                             )
                             )
            Defendant(s).     )
_____)
```

Defendants J.P. Morgan Chase Bank ("J.P. Morgan"),
California Reconveyance Company ("California"), and Deutsche
Bank moved to dismiss the complaint on December 22, 2010.
Defendant Nestor Ramirez ("Ramirez") joined in the motion to
dismiss on January 11, 2010.  Pursuant to Civil Local Rule 7-
3, if plaintiff elected to oppose the motion, his response was
due January 27, 2010.  No opposition has been filed.

The motion of defendant JP Morgan to dismiss the
complaint is **GRANTED WITH LEAVE TO AMEND**.  Having taken
judicial notice of the purchase and assumption agreement
between the FDIC and J.P. Morgan, I find that J.P. Morgan did
not assume many of the claims against Washington Mutual which

1

1   plaintiff has alleged in his complaint.  Based on the poorly

2   pled allegations of the complaint, it is unclear whether

3   plaintiff claims J.P. Morgan directly violated any of

4   plaintiff's rights.  The claims plaintiff pled against

5   J.P. Morgan are inadequate and do not allow "the court to draw

6   the reasonable inference that the defendant is liable for the

7   misconduct alleged."  Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949

8   (2009).  The complaint conflates the factual allegations

9   regarding J.P. Morgan and Washington Mutual.  Further,

10  plaintiff's practice of general, undirected allegations

11  hampers the Court's ability to decide whether plaintiff has

12  stated a claim against any defendant.[1]  Accordingly, J.P.

13  Morgan's motion to dismiss all claims is **GRANTED WITH LEAVE TO**

14  **AMEND.**

15       Deutsche Bank's motion to dismiss is **GRANTED WITH LEAVE**

16  **TO AMEND.**  The factual allegations concerning Deutsche Bank

17  are plainly inadequate.  See Id.  California's motion to

18  dismiss is **GRANTED WITH LEAVE TO AMEND** for the same reason.

19  The allegations regarding Ramirez are similarly conclusory,

20  unspecific, and inadequate under Iqbal.  Ramirez's motion to

21  dismiss is **GRANTED WITH LEAVE TO AMEND.**

22       The Court is troubled by the unfocused nature of some of

23  the allegations of the complaint, and plaintiff's failure to

24  file an opposition.  Plaintiff and his counsel are reminded of

25  their Rule 11 obligations.  If plaintiff wishes to prosecute

26

27       [1]   J.P. Morgan's argument that it is not subject to
    liability for Washington Mutual's acts under the Asset Purchase
28  Agreement is well taken.

1   this action, he shall file an amended complaint by **FEBRUARY**

2   **24, 2010.**  The hearing scheduled for **FEBRUARY 17, 2010 is**

3   **VACATED.**

4   Dated: February 16, 2010

5   

6   Bernard Zimmerman
    United States Magistrate Judge

7

8   G:\BZALL\-BZCASES\ALMAREZ V. JP MORGAN CHASE\DISM ORD.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28