1  THEODORE E. BACON (CA Bar No. 115395)
   tbacon@adorno.com
2  PATRICK A. CATHCART (CA Bar No. 65413)
   pcathcart@adorno.com
3  AMY L. MORSE (CA Bar No. 92135)
   amorse@adorno.com
4  PATRICIO A. MARQUEZ (CA Bar No. 230694)
   pmarquez@adorno.com
5  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
6  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
7  Tel.  (213) 229-2400
   Fax.  (213) 229-2499
8
   Attorneys for Defendants
9  JPMORGAN CHASE BANK, N.A., for itself and as
   an acquirer of certain assets and liabilities of
10 Washington Mutual Bank, successor in interest to
   Long Beach Mortgage Company, from the FDIC
11 acting as Receiver, and CALIFORNIA
   RECONVEYANCE COMPANY
12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE ALMARAZ, | Case No. C09-05569-BZ |
| Plaintiff, | Hon. Bernard Zimmerman, Magistrate Judge |
| v. | |
| JPMORAGAN CHASE BANK, N.A., FOR ITSELF AN AS AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK, SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE, FROM THE FDIC, GMAC MORTGAGE, CALIFORNIA RECONVEYANCE COMPANY, INFINITY FINANCIAL CONSULTANTS, FRED HAUPT, FRED W. DE LEON, NESTOR RAMIREZ, MIRNA DOE, and DOES 1-20 inclusive, | [PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE BY JPMORGAN CHASE BANK, N.A. AND CALIFORNIA RECONVEYANCE COMPANY |
| | DATE:  March 15, 2010<br>TIME:  4:00 p.m.<br>CTRM:  "G" – 15th Floor – San Francisco |
| Defendants. | Action Filed:   November 24, 2009 |

27  ///

28  ///

**IT IS HEREBY ORDERED** that:

Patrick A. Cathcart, counsel for defendants JPMorgan Chase Bank, N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank, successor in interest to Long Beach Mortgage, from the FDIC acting as receiver, and California Reconveyance Company (collectively, "Defendants"), be permitted to appear telephonically at:

    1.    The Initial Case Management Conference, which is scheduled for March 15, 2010 at 4:00 p.m. in Courtroom G of the above-entitled Court, 450 Golden Gate Avenue, San Francisco, California, the Honorable Bernard Zimmerman, presiding:

DATED: 2 Mar 10

    Hon. Bernard Zimmerman
    Magistrate Judge, United States District Court

```
Counsel shall contact CourtCall,
telephonic court appearances at
1-888-882-6878, and make arrangements
for the telephonic conference call.
```