H. William Servey (#173039)
LAW OFFICES OF H. WILLIAM SERVEY
2255 South Broadway, Suite 7
Santa Maria, CA 93454
Tel: (805) 928-1825
Fax: (805) 928-4820
Attorney for Defendant, NESTOR RAMIREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE ALMARAZ, | Case No.: CV-09-5569 BZ |
| Plaintiffs, | Hon. Bernard Zimmerman, Magistrate Judge |
| vs. | |
| JP MORGAN CHASE FKA WASHINGTON MUTUAL; GMAC MORTGAGE; LONG BEACH MORTGAGE; CALIFORNIA RECONEYANCE COMPANY; DEUTSCHE BANK; INFINITY FINANCIAL CONSULTANTS; FRED HAUPT; FRED W. DE LEON; NESTOR RAMIREZ; and Does 1-20, inclusive, | Date: March 15, 2010<br>Time: 4:00 p.m.<br>Courtroom: "G" – 15th Floor, San Francisco<br><br>Action filed: November 24, 2009 |
| Defendants. | |

## [Proposed] ORDER GRANTING REQUEST BY DEFENDANT NESTOR RAMIREZ TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE

-1-

Order Granting Request to Appear Telephonically               Case No.: CV-09-5569 BZ

1  The request of Defendant Nestor Ramirez to allow his counsel to appear telephonically
2  at the Initial Case Management Conference set for March 15, 2010 at 4:00 p.m. in Courtroom G
3  of this court has been reviewed.
4  Good cause appearing, the Request to Appear Telephonically is granted.
5  IT IS SO ORDERED.

DATED: March 2, 2010


Judge presiding

```
Counsel shall contact CourtCall, telephonic court
appearances at 1-888-882-6878, and make arrangements
for the telephonic conference call.
```

Order Granting Request to Appear Telephonically        Case No.: CV-09-5569 BZ