UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICENTE ALMARAZ, | ) | |
| Plaintiff(s), | ) | No. C09-5569 BZ |
| v. | ) | **ORDER OF DISMISSAL** |
| JP MORGAN CHASE, et al., | ) | |
| Defendant(s). | ) | |

    Following a motion by Defendant GMAC to dismiss plaintiff's complaint, plaintiff filed a statement of non-opposition to portions of the motion. Plaintiff also filed a first amended complaint in response to my Order dated February 16, 2010. The first amended complaint recites no basis for federal jurisdiction and the statement of non-opposition states that "the Complaint fails to state a basis for the Court's jurisdiction and this Court should dismiss the complaint *without prejudice*." (Emphasis in original). Lacking subject matter jurisdiction, **IT IS HEREBY ORDERED** that this complaint is dismissed without prejudice. The hearing

1

1 | presently scheduled for March 17, 2010 is **VACATED**.

2 | Dated: March 12, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ALMAREZ V. JP MORGAN CHASE\ORDER OF DISMISSAL.GMAC.FINAL RULING.wpd

2